**Order entered February 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

## THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is court reporter Jackie Galindo's third request for an extension of time to file the record. She explains she has completed about half of the record of the four-week jury trial and is "hopeful" she can complete the rest "in another 30 to 60 days."

We **GRANT** the extension request and **ORDER** the reporter's record be filed no later than March 15, 2019. Because the record was first due November 29, 2018, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE